## People of State of Illinois, Plaintiff-Defendant in Error, v. Walter Carter, Jr., Defendant-Plaintiff in Error.

### Gen. No. 9,899.   (Abstract of Decision.)

James N. Keefe, for plaintiff in error; H. David Condron, State's Attorney, and William J. Dieterich, Assistant State's Attorney, for defendant in error. Opinion by JUSTICE CARROLL. Not to be published in full. Opinion filed February 25, 1954; released for publication March 15, 1954.

